## Lisa BARBER, Appellant,

v.

Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.

No. 03–1762.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 29, 2003.

Decided Sept. 4, 2003.

James Warren Stanley, Jr., N. Little Rock, AR, for Plaintiff–Appellant.

Stacey E. McCord, Little Rock, AR, Daniel Balsam, Social Security Administration, Baltimore, MD, for Defendant–Appellee.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Lisa Barber appeals from the district court's[1] dismissal as untimely of her

---

Jones, United States Magistrate Judge for the Western District of Arkansas.

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District

complaint seeking review of the Commissioner's denial of supplemental security income. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that dismissal of the complaint was proper, because it was filed more than sixty days after her attorney received notice of the Commissioner's final decision. *See* 42 U.S.C. § 405(g); *Bess v. Barnhart,* 337 F.3d 988, 990 (8th Cir.2003) (per curiam) (limitations period under § 405(g) is triggered by notice received by either claimant or claimant's attorney, whichever occurs first).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

of Arkansas, adopting the proposed findings and recommendations of the Honorable Hen-ry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.